IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) CASE NO. 19-10775-BFK |
| TURRIATE, CARLOS ALBERTO | ) |
| | ) CHAPTER 7 |
| Debtor. | ) |
| | ) |

## DECLARATION OF STEPHEN KARBELK

I, Stephen Karbelk, declare as follows:

1. I am a real estate agent duly licensed by the Commonwealth of Virginia and affiliated with Century 21 New Millennium. I am the Team Leader of RealMarkets, a Century 21 New Millennium Team. Stephanie Young and Robert Walters are licensed real estate agents on my team that will be supporting me with this listing.

2. I am familiar with the Trustee's Application to Employ Real Estate Agent and Broker and the property located at 626 Springhouse Square, SE, Leesburg, VA 20175 ("Property") described therein, and believe that I am qualified to represent the Trustee and the estate in connection with the marketing of the Property. I have read the Trustee's Application and I have agreed to accept employment on the terms and conditions set forth in the Trustee's Application.

3. I am a disinterested person within the meaning of 11 U.S.C. § 101(14). I have also confirmed with Stephanie Young and Robert Walters that they are disinterested persons within the meaning of 11 U.S.C. § 101(14).

4. That to the best of my knowledge, Stephanie Young or Robert Walters or I have no interest adverse to the Trustee or the bankruptcy estate in the matters upon which we are to be engaged by the Trustee, and have no connection with the Debtor, its creditors, other parties in interest, their respective attorneys or accountants, purchasers or potential purchasers of the subject

1

real estate, the United States Trustee, or anyone employed by the United States Trustee, except that (a) Stephen Karbelk, with the support of either Stephanie Young and/or Robert Walters, have been employed to assist the Trustee with the sale of assets in other matters and (b) Stephen Karbelk has a familial connection with Segan, Mason & Mason, PC. Segan, Mason and Mason, PC is the law firm representing Tavistock Farms, the homeowners association. Donna Mason, Esq., a principal in Segan, Mason & Mason is Stephen Karbelk's sister. Bill Mason, Esq., a principal at Segan, Mason & Mason, PC is Stephen Karbelk's brother-in-law. Mr. Karbelk has not had any conversations with anybody at Segan, Mason & Mason, PC regarding this case. All negotiations regarding the past due HOA dues will be handled directly by Rob Marino, Esq., counsel to the Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Stephen Karbelk
Licensed Real Estate Agent

Date: 4/9/19

2